```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

ORLEATHA CADES,                   )
                                  )
              Plaintiff,          )        4:06CV3294
                                  )
     v.                           )
                                  )
INTERSTATE CLEANING               )           ORDER
CORPORATION,                      )
                                  )
              Defendant.          )
                                  )
```

IT IS ORDERED:

The joint oral motion of counsel for the parties is granted, and the deadline for filing the parties' Rule 26 planning report is extended to February 2, 2007.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge