```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ORLEATHA CADES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3294 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERSTATE CLEANING | ) | MEMORANDUM AND ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion for extension of time for filing the report of the parties' planning conference, or alternatively to dismiss this case for failure of the plaintiff to prosecute. The motion recites the several attempts defendant's counsel has made to fulfill the obligation of counsel to "meet and confer" in accordance with Fed. R. Civ. P. 26(f) and the prior order of this court, all to no avail. In addition, plaintiff has not responded to the motion, and the report has still not been filed.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff shall within ten days show cause in writing, if any there be, why this case should not be dismissed for failure to prosecute.

DATED this 21st day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge