IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORLEATHA CADES, | ) | 4:06CV3294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| INTERSTATE CLEANING | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's unopposed motion to dismiss (filing 13), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, with each party to pay their own costs.

April 2, 2007.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge